UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER OCASIO,                    ) | |
|                                                           ) | Case No. 2:16-cv-00956-GMN-NJK |
|                    Plaintiff(s),              ) | |
|                                                           ) | |
| vs.                                                   ) | ORDER |
|                                                           ) | |
| OFFICER WILLIAM PEREZ, et al., ) | (Docket No. 22) |
|                                                           ) | |
|                    Defendant(s).            ) | |

Pending before the Court is Plaintiff's motion for an order requiring the United States Marshal to effectuate service on Defendant Debrah Tanner. Docket No. 22. Ms. Tanner has now appeared in this action through counsel. *See* Docket No. 23 (motion to dismiss under Rule 12(b)(6) filed on behalf of, *inter alia*, Ms. Tanner). Hence, it appears further efforts to effectuate service on Ms. Tanner are not necessary. *Cf.* Fed. R. Civ. P. 12(h)(1) (insufficient service of process is a waivable defense). Accordingly, the pending motion is hereby **DENIED** as moot.

IT IS SO ORDERED.

Dated: July 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge