# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDER OCASIO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:16-cv-00956-GMN-NJK |
| vs. | ) | |
| | ) | **ORDER** |
| WILLIAM PEREZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

On March 22, 2017, the Court granted Defendants' Motion to Dismiss Plaintiff's Amended Complaint. (ECF No. 36). On April 12, 2017, Plaintiff filed a Notice of Appeal, (ECF No. 37), which was subsequently dismissed by the Ninth Circuit Court of Appeals. (ECF No. 41). On June 23, 2017, in light of the Ninth Circuit's dismissal, the Court denied as moot Plaintiff's Motion to Stay Pending Matters on Appeal, (ECF No. 38), and gave Plaintiff until July 7, 2017 to file a second amended complaint. (ECF No. 43). Pursuant to the Court's Order, Plaintiff's failure to file a second amended complaint by that date would result in dismissal of Plaintiff's claims dismissed in the Court's March 22, 2017 Order with prejudice. (*Id.*). To date, Plaintiff has not filed a second amended complaint, nor has Plaintiff moved the Court for an extension of time to do so. Accordingly,

**IT IS HEREBY ORDERED** that the action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case.

**DATED** this _____21_____ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Page 1 of 1